In the Matter of HAROLD GEORGE et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted August 26, 2013; decided October 17, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

DONNELL JEFFERSON, Appellant, v JOSHUA STUBBE, Respondent.

Submitted August 19, 2013; decided October 17, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

HERBERT KOLBE et al., Appellants, v CHRISTINE J. TIBBETTS, as Superintendent of Schools of Newfane Central School District, et al., Respondents.

Submitted October 15, 2013; decided October 17, 2013

Motion by Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.